IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


**CAMERON J. WALTON,**

          **Plaintiff,**

      v.                                CASE NO. 13-3037-SAC

**JOHN DOE, et al.,**

          **Defendants.**


**ORDER OF DISMISSAL**


This matter is a civil action filed by a plaintiff incarcerated at the Leavenworth, Kansas, detention facility operated by the Corrections Corporation of America. By an order entered on April 24, 2013, the court granted plaintiff to and including May 24, 2013, to submit an initial partial filing fee. Plaintiff was advised the failure to file a timely response might result in the dismissal of this matter without prejudice and without additional prior notice to him. There has been no response.

A court has the inherent power to dismiss an action for failure to prosecute to ensure the orderly and expeditious resolution of its cases. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962). Because the plaintiff has filed no response to the order of April 24, 2013, the court concludes this matter may be dismissed.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed without prejudice.

IT IS FURTHER ORDERED plaintiff's motions to proceed in forma pauperis (Doc. 2) and for the appointment of counsel (Doc. 3) are denied.

A copy of this order shall be transmitted to the plaintiff.

**IT IS SO ORDERED.**

DATED:  This 4th day of June, 2013, at Topeka, Kansas.


                        S/ Sam A. Crow
                        SAM A. CROW
                        U.S. Senior District Judge